UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEPARD A. HOFFMAN,      ) | |
|     Plaintiff      ) | |
|           ) | |
| V.      ) | CIVIL NO. 1:08-Cv-11432 -GAO |
|           ) | |
| YAROSH ASSOCIATES, INC., et al,      ) | |
|     Defendants      ) | |

**DISCLOSURE STATEMENT OF DEFENDANT, YAROSH ASSOCIATES, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES RULE 7.1 and LOCAL RULE 703(A)**

Defendant, Yarosh Associates , Inc., by and through its counsel, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

By its attorney,

/s/Jacqueline L. Allen
Jacqueline L. Allen
B.B.O. No. 015450
Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109
617-878-4609

**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any indicated as non-registered participants on December 16, 2008.

/s/Jacqueline L. Allen
Jacqueline L. Allen