**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SHEPARD A. HOFFMAN** § <br> **3412 Dartmouth Avenue** § <br> **Dallas, Texas 75205** § <br>        **Plaintiff** § <br> **vs.** § <br> § <br> **YAROSH ASSOCIATES, INC.,** § <br> **10 Cape Drive** § <br> **Mashpee, MA 02649** § <br> **and** § <br> **WALTER YAROSH, Individually** § <br> **344 Davisville Road** § <br> **Falmouth, MA 02536** § <br>        **Defendants.** § | **CASE NUMBER** <br><br> **1:08 – CV – 11432 - GAO** |

**PROPOSED AGENDA FOR JOINT SCHEDULING CONFERENCE**

An initial pretrial/discovery conference is to be held in this case on February 2, 2009. Pursuant to Local Rule 16.1(B), counsel for plaintiff submits this proposed agenda of matters to be discussed at the scheduling conference:

1       The proposed Pretrial Schedule and Discovery Plan for the Case;

2       Consideration as to whether the parties will consent to trial by magistrate judge;

3       The plaintiff's written settlement proposal submitted to all defendants.

/s/ *David McMorris*
David McMorris, Esquire
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110
Phone:  (617) 720-1333
Fax:  (617) 720-2445
E-mail:  dmcmorris@tenlaw.com

      /s/  She*pard A. Hoffman*_____
      Shepard A. Hoffman, Esq.
      The Hoffman Law Firm
      4514 Cole Avenue, Suite 806
      Dallas, Texas 75205
      Phone:  (214) 521-2211
      Fax:  (214) 522-0420
      E-mail:  shoffman@shephoffman.com
      B.B.O.  No:  237260

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any indicated as non-registered participants on January 26, 2009.

      /s/She*pard A. Hoffman*_____
      Shepard A. Hoffman