# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEPARD A. HOFFMAN,           ) | |
|     Plaintiff                              ) | |
|                                                 ) | |
| V.                                            ) | CIVIL NO. 1:08-CV-11432 -GAO |
|                                                 ) | |
| YAROSH ASSOCIATES, INC., et al, ) | |
|     Defendants                       ) | |

## JOINT MOTION TO CHANGE DATE OF STATUS CONFERENCE

Now come the parties to the above-entitled matter and request that the Rule 16 Conference be moved from Monday April 12, 2010 at 2:00 p.m. until Monday April 19, 2010 and in support thereof state as follows:

A Rule 16 Conference was previously set for Monday February 8, 2010. On the day of that conference it was cancelled at the request of the court. The Court rescheduled the conference for Monday April 12, 2010 at 2:00 p.m.

As grounds for this request, the parties state that they are continuing to conduct discovery and the schedules of the parties, counsel and prospective witnesses and experts are being worked with towards that end. A deposition in the case is set to take place in Falmouth, Massachusetts on Friday April 16, 2010. Co-counsel for the plaintiff (and plaintiff) who will attend that deposition lives in Dallas, Texas. As a result, moving the Rule 16 Conference to Monday April 19 will allow the undersigned to be present at the conference without having to send co-counsel to the conference instead.

No trial date or pre-trial date has yet been assigned in this case.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>By his attorneys, | Defendants,<br>By their attorney, |
| /s/David J. McMorris<br>David J. McMorris, Esquire<br>B.B.O. No.<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA  02110<br>(617) 720-1333<br>dmcmorris@tenlaw.com | /s/Jacqueline L. Allen<br>Jacqueline L. Allen<br>B.B.O. No. 015450<br>Law Offices of Jacqueline L. Allen<br>One Liberty Square, 12th Floor<br>Boston, MA 02109<br>617-878-4609<br>Jacqueline.allen@cna.com |

/s/Shepard A. Hoffman
Shepard A. Hoffman, Esq.
B.B.O.  No:  237260
The Hoffman Law Firm
9400 N. Central Expy, Suite 608
Dallas, Texas 75231
(214) 521-2211
shoffman@shephoffman.com

**CERTIFICATE OF SERVICE**

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any indicated as non-registered participants on _____.

/s/*Shepard A. Hoffman*
Shepard A. Hoffman